RECEIVED
MARCH 4, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| YULIANA REZNIKOVA HODGES, | ) |
| Plaintiff, | ) |
| v. | ) |
| DR. EMILIO T. GONZALEZ, District Director of The United States Citizenship and Immigration Services; The United States Citizenship and Immigration Services; MICHAEL CHERTOFF, Secretary, United States Department of Homeland Security; and The United States Department Of Homeland Security, | ) |
| Defendants. | ) |

**08 C 1309**

**JUDGE LEFKOW**
**MAGISTRATE JUDGE NOLAN**

### PETITION FOR WRIT OF MANDAMUS

Plaintiff Yuliana Reznikova Hodges, Applicant No. A95-151-119, through her attorneys, moves for a Writ of Mandamus, ordering the United States Citizenship and Immigration Services to adjudicate her pending I-485 Application to Register Permanent Resident or Adjust Status, filed with the United States Bureau of Citizenship and Immigration Services on October 26, 2004. In support, Plaintiff states as follows:

1. This matter is brought pursuant to 28 U.S.C. § 1361 in the nature of mandamus, to compel an officer of the U.S. Citizenship and Immigration Services ("USCIS") to perform his or her non-discretionary duty of adjudicating an I-485 Application to Register Permanent Resident or Adjust Status.

2. Plaintiff Yuliana Reznikova Hodges is a citizen of Ukraine.

3. Ms. Hodges lawfully entered the United States in 2004 and has been lawfully residing in

      the United States since that time. Ms. Hodges is married to Mr. Laurence L. Hodges, Jr., a U.S. citizen. Petitioner is a resident of Cherry Valley, Illinois.

4. On October 26, 2004, Ms. Hodges filed her I-485 Application to Register Permanent Resident or Adjust Status. A copy of the receipt notice demonstrating the filing of the I-485, Applicant No. A95-151-119, is attached as Exhibit 1.

5. Ms. Hodges has been inquiring into the status of her I-485 application since October 2006.

6. Congressman Donald Manzullo's office has also inquired into the status of Plaintiff's I-485 application, on Plaintiff's behalf.

7. Defendants have responded to Ms. Hodges and Congressman Manzullo's office's inquiries by stating only that Ms. Hodges' FBI name clearance check remained pending and, therefore, Ms. Hodges' case was not yet ready for a decision.

8. No further action by Defendants has been taken to adjudicate Plaintiff's I-485 Petition, which was filed over three years ago.

9. As a result of Defendants' inaction, Ms. Hodges has faced extreme difficulties when traveling with her husband, has had to file extra immigration applications, and Ms. Hodges has been required to limit her employment opportunities to those opportunities which do not require permanent resident status.

10. There exists no legitimate reason for Defendants' failure or refusal to process Plaintiff's petition.

WHEREFORE, Plaintiff prays for the entry of an order requiring that Plaintiff's I-485 Application to Register Permanent Resident or to Adjust Status be adjudicated by the U.S.

Citizenship and Immigration Services at once.

                                Respectfully submitted,

                                /s/ Jeffrey Grant Brown
                              Attorney for Petitioner
                              Yuliana Reznikova Hodges

Jeffrey Grant Brown
Converse & Brown, LLC
105 West Adams Street
Suite 3000
Chicago, Illinois  60603
(312) 789-9700
#6194262