# THE UNITED STATES OF AMERICA

| Receipt Number: MSC-05-027-14287 | Case Type: I-485 - Application to Register Permanent Residence or Adjust Status | |
|---|---|---|
| Received Date: October 26, 2004 | Priority Date: | Applicant: A095151119 REZNIKOVA HODGES, YULIANA |
| Notice Date: October 29, 2004 | Page 1 OF 1 | ASC Code: N/A |

YULIANA REZNIKOVA HODGES
223 GENOA ROAD BOX 93
CHERRY VALLEY IL 61016

LI **08 C 1309**

**JUDGE LEFKOW
MAGISTRATE JUDGE NOLAN**

| Notice Type: | Receipt Notice |
|---|---|
| Amount Received: | $315.00 |

BCIS regulations require that each applicant between the ages of 14 and 79 be fingerprinted in connection with the application you submitted. Your submission did not include the required fingerprint fee. Your application cannot be approved until BCIS receives a remittance in the amount of **$70.00**. If you do not remit the fee indicated within 87 days, your application may be denied.

You are afforded 87 days from the date of this notice to provide the requested fee. Failure to comply with this request could result in the denial of your application. **Please forward the requested fee and a copy of this letter to the address listed below.**

If you have questions, you may call the BCIS National Customer Service Center at 1-800-375-5283. For TDD hearing impaired assistance, please call 1-800-767-1833.

If you have Internet access, you can visit the Bureau of Citizenship and Immigration Services website at www.BCIS.gov where you can find valuable information about forms, filing instructions, and immigration services and benefits.

U S BUREAU OF CITIZENSHIP AND IMMIGRATION SERVICES
P.O. BOX 805887
Chicago, IL 60680-4120
National Customer Service Center: 1-800-375-5283



5052368    A001521145                                       Form I-797C (Rev. 11/28/03) N

# THE UNITED STATES OF AMERICA

| Receipt Number: MSC-05-027-14287 | Case Type: I-485 - Application to Register Permanent Residence or Adjust Status | |
|---|---|---|
| Received Date: October 26, 2004 | Priority Date: | Applicant: A095151119 REZNIKOVA HODGES, YULIANA |
| Notice Date: November 12, 2004 | Page 1 OF 1 | ASC Code: 3 |

YULIANA REZNIKOVA HODGES
223 GENOA ROAD BOX 93
CHERRY VALLEY IL 61016

Notice Type: Receipt Notice

Amount Received: $70.00

The above application has been received. **Please notify us immediately if any of the above information is incorrect.** If you find it necessary to contact this office in writing, you must include a copy of this receipt notice with your inquiry.

**FINGERPRINTING AND BIOMETRICS-**
The next step is to have your fingerprints and biometrics taken at a BCIS Application Support Center (ASC).

Call our National Customer Service Center (NCSC) at **1-800-375-5283** to schedule your appointment. For TDD hearing impaired assistance, please call **1-800-767-1833**.

It is important that you schedule your appointment. If you do not schedule or appear for your appointment, it could cause your application to be denied. If you need to reschedule your appointment, please call the NCSC at **1-800-375-5283**.

**WHAT TO BRING TO Your appointment -**
Please bring this letter and your photo identification to your appointment. Acceptable kinds of photo identification are:
- a passport or national photo identification issued by your country,
- a driver's license,
- a military photo identification, or
- a state-issued photo identification card.

**If you do not bring this letter and photo identification, we cannot process you.**
Please bring a copy of all receipt notices received from BCIS in relation to your current application for benefits.



LIFE ACT PROCESSING STAMP
ASC SITE CODE:
BIOMETRICS QA REVIEW BY:
ON
TENPRINTS QA REVIEW BY:
ON NOV 27 2004

**CASE STATUS -**
Information about your local office processing times may be obtained by calling the NCSC at 1-800-375-5283.

If you have Internet access, you can visit the Bureau of Citizenship and Immigration Services website at **www.BCIS.gov** where you can find valuable information about forms, filing instructions, and immigration services and benefits.

U S BUREAU OF CITIZENSHIP AND IMMIGRATION SERVICES
P.O. BOX 648005
Lee's Summit, MO 64064
National Customer Service Center: 1-800-375-5283