**JUDGE LEFKOW**
**MAGISTRATE JUDGE NOLAN**

# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**
YULIANA REZNIKOVA HODGES

**DEFENDANTS**
DR. EMILIO T. GONZALEZ, District Director of the United States Citizenship and Immigration Services; The United States Citizenship and Immigration Services; MICHAEL CHERTOFF, Secretary, United States Department of Homeland Security

**08 C 1309**

**(b)** County of Residence of First Listed Plaintiff: Winnebago
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant:
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Jeffrey Grant Brown, Converse & Brown, LLC, 105 West Adams Street, Suite 3000, Chicago, Illinois 60603, (312) 789-9700

Attorneys (If Known)
U.S. Attorney's Office, 219 South Dearborn Street, 5th Floor, Chicago, Illinois 60604

**II. BASIS OF JURISDICTION**: ☒ 3 Federal Question (U.S. Government Not a Party)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (For Diversity Cases Only)

**IV. NATURE OF SUIT**: ☒ 890 Other Statutory Actions

**V. ORIGIN**: ☒ 1 Original Proceeding

**VI. CAUSE OF ACTION**: 28 U.S.C. 1361, Mandamus

**VII. PREVIOUS BANKRUPTCY MATTERS**

**VIII. REQUESTED IN COMPLAINT**: JURY DEMAND: ☒ No

**IX. This case** ☒ is not a refiling of a previously dismissed action.

DATE / SIGNATURE OF ATTORNEY OF RECORD
March 4, 2008  /s/ Jeffrey Grant Brown

**FILED**
**MARCH 4, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT