**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

FILED
MARCH 4, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08 C 1309

JUDGE LEFKOW
MAGISTRATE JUDGE NOLAN

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

YULIANA REZNIKOVA HODGES
v.
DR. EMILIO T. GONZALEZ, District Director of The United States Citizenship and Immigration Services, et al.

Case Number:

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

YULIANA REZNIKOVA HODGES, PLAINTIFF

| | |
|---|---|
| NAME (Type or print) Jeffrey Grant Brown | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Jeffrey Grant Brown | |
| FIRM Converse & Brown, LLC | |
| STREET ADDRESS 105 West Adams Street, Suite 3000 | |
| CITY/STATE/ZIP Chicago, Illinois 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6194262 | TELEPHONE NUMBER 312-789-9700 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐