UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| YULIANA REZNIKOVA HODGES ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 08 C 1309 |
| v. ) | |
| ) | Judge Lefkow |
| EMILIO T. GONZALEZ, et al., ) | |
| ) | |
| Defendants. ) | |

## ATTORNEY DESIGNATION

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case. This designation is provided for informational purposes only and does not constitute an appearance, a motion, or a responsive pleading and does not waive any defenses. See LR 83.16(b).

    Respectfully submitted,

    PATRICK J. FITZGERALD
    United States Attorney

    By: s/ Donald R. Lorenzen
       DONALD R. LORENZEN
       Assistant United States Attorney
       219 South Dearborn Street
       Chicago, Illinois 60604
       (312) 353-5330
       Donald.Lorenzen@usdoj.gov

## Certificate of Service

  The undersigned Assistant United States Attorney hereby certifies that the following document:

  Attorney Designation

was served on April 10, 2008, in accordance with FED. R. CIV. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

               s/ Donald R. Lorenzen
              DONALD R. LORENZEN
              Assistant United States Attorney
              219 South Dearborn Street
              Chicago, Illinois 60604
              (312) 353-5330
              Donald.Lorenzen@usdoj.gov