IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| YULIANA REZNIKOVA HODGES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 08 C 1309 |
| | ) | |
| DR. EMILIO T. GONZALEZ, District | ) | Judge Lefkow |
| Director of The United States Citizenship and | ) | Magistrate Judge Nolan |
| Immigration Services; The United States | ) | |
| Citizenship and Immigration Services; | ) | |
| MICHAEL CHERTOFF Secretary, United States | ) | |
| Department of Homeland Security; and The | ) | |
| United States Department Of Homeland Security, | ) | |
| | ) | |
| Defendants. | ) | |

**VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

Plaintiff Yuliana Reznikova Hodges, through her attorney, hereby gives notice of the dismissal of this cause, pursuant to Fed. R. Civ P. 41(a)(1)(A)(i).

Dated: April 25, 2008

                                                Respectfully submitted,

                                                /s/ Jeffrey Grant Brown
                                                Jeffrey Grant Brown
                                                Attorney for Petitioner
                                                Yuliana Reznikova Hodges

Jeffrey Grant Brown
Converse & Brown, LLC
105 West Adams Street
Suite 3000
Chicago, Illinois  60603
(312) 789-9700
#6194262