**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| YULIANA REZNIKOVA HODGES, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | 08 C 1309 |
| | ) | |
| DR. EMILIO T. GONZALEZ, District | ) | Judge Lefkow |
| Director of The United States Citizenship and | ) | Magistrate Judge Nolan |
| Immigration Services; The United States | ) | |
| Citizenship and Immigration Services; | ) | |
| MICHAEL CHERTOFF Secretary, United States | ) | |
| Department of Homeland Security; and The | ) | |
| United States Department Of Homeland Security, | ) | |
| | ) | |
|     Defendants. | ) | |

**NOTICE OF FILING AND CERTIFICATE OF SERVICE**

To:    U.S. Attorney's Office
        219 South Dearborn Street
        Chicago, Illinois 60604

        PLEASE TAKE NOTICE that on April 25, 2008, I electronically filed Petitioner's Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) with the Clerk of the District Court using the CM/ECF system, which will send notification of such filing to the above listed Filing Users.

        I certify that on April 25, 2008, I electronically filed the foregoing Notice and Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the above listed Filing Users.

                          Respectfully Submitted,

                          /s/Jeffrey Grant Brown
                          Jeffrey Grant Brown

Jeffrey Grant Brown
Converse & Brown, LLC
105 West Adams Street
Suite 3000
Chicago, IL 60603
312-789-9700
# 6194262