UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Yuliana Reznikova Hodges
                     Plaintiff,

v.                                    Case No.: 1:08–cv–01309
                                        Honorable Joan H. Lefkow

Emillo T. Gonzalez, et al.
                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 28, 2008:

       MINUTE entry before Judge Honorable Joan H. Lefkow:Pursuant to Voluntary Dismissal Pursuant to Fed.R.Civ.P. 41(a)91)(A)(i) [6], case is hereby dismissed. Status hearing of 4/29/2008 stricken. Civil case terminated. Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.